# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Mophie, Inc., a California corporation <br> *Plaintiff* <br> v. <br> Dharmesh Shah et al <br> *Defendant* | ) ) ) ) ) ) |

Civil Action No. SACV 13-01321 DMG (JEMx)

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 12/11/2015.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for filing an appeal has expired, and if an appeal was filed, it is no longer pending.

Date: 1·19·2016

CLERK OF COURT

Derek Davis

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOPHIE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DHARMESH SHAH A.K.A. DAVID SHAH D/B/A SOURCE VISTA, an individual; LIVINGSOCIAL, INC., a Delaware corporation; and SERVE GLOBAL, LLC, a Texas limited liability company D/B/A SOURCEVISTA.COM,<br><br>Defendants. | Case No.:<br>SACV 13-01321 DMG (JEMx)<br><br>**AMENDED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

1  This matter came before the Court for a jury trial from December 16-19, 2014. The jury returned a verdict on December 19, 2014. The Court now enters JUDGMENT as follows:

   1.  Plaintiff mophie, Inc. ("mophie") shall have and recover the following damages against Defendants Dharmesh Shah and Serve Global LLC ("Defendants"): $1,800,000 in actual damages and profits for copyright infringement and $2,700,000 in statutory damages for willful counterfeiting of mophie's registered trademarks for a total award of $4,500,000.

   2.  DEFENDANTS ARE HEREBY ENJOINED AS FOLLOWS:

      a.  Defendants shall not reproduce, distribute copies of, or make derivative works from the product packaging depicted in U.S. Copyright Registration No. VA 1-814-020 or U.S. Copyright Registration No. VA 1-780-916, attached hereto as Exhibits 1 and 2, respectively.

      b.  Defendants shall not reproduce, distribute copies of, or make derivative works from the user's manuals depicted in U.S. Copyright Registration No. VA 1-814-020 or U.S. Copyright Registration No. VA 1-780-916, attached hereto as Exhibits 1 and 2, respectively.

      c.  Defendants shall not use in commerce the trademarks JUICE PACK®, JUICE PACK PLUS®, JUICE PACK PRO®, or any confusingly similar trademark.

      d.  Defendants shall not use in commerce the trade dress depicted below, or any confusingly similar trade dress.





e. Pursuant to 17 U.S.C. § 503 and 15 U.S.C. § 1118, Defendants shall deliver to mophie their entire inventory of product packaging and user's manuals found to infringe mophie's copyrights, trademarks and trade dress. This delivery shall be completed no later than fourteen (14) calendar days after the date of entry of this Judgment.

f. Pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure, this injunction shall bind not only Defendants, but also

Case 8:13-cv-01321-DMG-JEM Document 503 Filed 12/11/15 Page 4 of 4 Page ID #:16620

1  Defendants' officers, agents, servants, employees, and attorneys, and all
2  other persons who are in active concert or participation with any of the
3  aforementioned persons.
4  **IT IS SO ORDERED AND ADJUDGED.**

DATED: December 11, 2015

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-3-

I hereby attest and certify on 1-19-2016 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1203